2:16-cr-117-GZS

SCANNED

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
SEP 27 2016
CHRISTA K. BERRY, CLERK
BY
DEPUTY CLERK

# Information Synopsis

| | |
|---|---|
| **Name:** | Shannon Bragdon |
| **Address:** **(City & State Only)** | Portland, Maine |
| **Year of Birth and Age:** | 1984/32 years old |
| **Violations:** | Count 1: Attempt to acquire drugs by deception, in violation of 21 U.S.C. §§ 843(a)(3) and 846.<br><br>Count 2: Health Care Fraud, in violation of Title 18, United States Code, Section 1347. |
| **Penalties:** | Count 1: Imprisonment of not more than four years, fine not to exceed $250,000, or both. 21 U.S.C. § 843(d)(1). This is a Class E felony pursuant to 18 U.S.C. § 3559(a)(5).<br><br>Count 2: Imprisonment of not more than ten years; or a fine of not more than $250,000; or both. 18 U.S.C. § 1347. This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count 1: Not more than one year. 18 U.S.C. § 3583(b)(3).<br><br>Count 2: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than one year. 18 U.S.C. § 3583(e)(3).<br><br>Count 2: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: One year less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 2: Three years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Kristine Hanly, Esq. |

| | |
|---|---|
| **Primary Investigative Agency and Case Agent Name:** | DEA/Barnard |
| **Detention Status:** | To be determined |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | David B. Joyce |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | Yes |
| **Assessments:** | $100 per count |