U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

SEP 27 2016

CHRISTA K. BERRY, CLERK
BY___________
DEPUTY CLERK

SCANNED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA )
)
v. ) No. 2:16-cr-117-GZS
)
SHANNON BRAGDON )

**PROSECUTION VERSION**

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt with respect to Counts One and Two of the Information:

Between May 20, 2015, and March 21, 2016, Defendant Shannon Bragdon took blank prescriptions from a dentist's office where she was employed. Defendant took these blank prescriptions without the knowledge or permission of the dentist. Defendant then caused dozens of these prescriptions to be filled out for oxycodone pills.

These fraudulent prescriptions were then filled by Defendant at pharmacies in Southern Maine including CVS, Walgreens, Rite Aid, Shaw's, Wal-Mart, Hannaford, Moby Rx, Maine Medical Center, and Martin's Point Health Care. Each of these pharmacies qualifies as a health care benefit program as defined in Title 18, United States Code, Section 24(b).

Defendant knew at the time the prescriptions were presented to the pharmacies that they were in fact invalid. However, she presented the prescriptions to the pharmacies as valid prescriptions necessary for legitimate medical needs. As such, the pharmacies relied upon the prescriptions and dispensed the controlled substances called for in the prescriptions. These oxycodone pills constituted property owned by and under the custody and control of health care benefit programs.

On March 21, 2016, DEA agents received a telephone call from one of the pharmacies listed above. In summary, agents learned that a female was attempting to fill a prescription suspected of being fraudulent. Agents responded to the pharmacy and encountered Defendant in the waiting area of the pharmacy. Defendant had in fact presented a fraudulent prescription to the pharmacist and attempted to acquire possession of oxycodone pills from the pharmacy.

Date: September 22, 2016

Respectfully submitted,

Thomas E. Delahanty II
United States Attorney

David B. Joyce
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
david.joyce@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2016, I sent a copy of the foregoing Prosecution Version by electronic mail to the following counsel:

Kristine Hanly, Esq.

David B. Joyce
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
david.joyce@usdoj.gov