UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Shannon Bragdon

DOCKET NO: 2:16-cr-117-GZS

PROCEEDING TYPE: Sentencing

# Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 1 | | *SEALED* Exhibit- Letter | 1/31/17 | 1/31/17 | | 1/31/17 |
| | 2 | | *SEALED* Exhibit- Treatment Records | 1/31/17 | 1/31/17 | | 1/31/17 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |